**Order entered February 18, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00429-CV

## IN THE INTEREST OF D.A.C., A CHILD

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-20-08946**

### ORDER

Before the Court is appellant's February 17, 2022 unopposed first motion for extension of time to file her reply brief. Appellant seeks the extension, in part, because she and appellee are engaged in settlement discussions.

We **GRANT** the motion and **ORDER** the brief, a status report, or a motion to dismiss the appeal be filed no later than March 3, 2022.

          /s/    KEN MOLBERG
                  JUSTICE